UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Narissa Downey

Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-27627

Adv. No.

Hearing Date:

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 16-27627  
Order Granting Supplemental Chapter 13 Fees  
Page 2

---

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $300.00 for services rendered and expenses in the amount of $0.00 for a total of $300.00. The allowance shall be payable:

    __XX__    Through the Chapter 13 plan as an administrative priority

    _____    Outside the plan