UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Narissa Downey

Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-27627

Adv. No.

Hearing Date:

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 23, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 16-27627
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $300.00 for services rendered and expenses in the amount of $0.00 for a total of $300.00. The allowance shall be payable:

   __XX__        Through the Chapter 13 plan as an administrative priority

   _____        Outside the plan

United States Bankruptcy Court
District of New Jersey

In re:  
Narissa Downey  
    Debtor

Case No. 16-27627-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.  
db            +Narissa Downey,   200 Passaic Street,   Trenton, NJ 08618-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Donald   Quigley    on behalf of Debtor Narissa   Downey lawoffices@quigleyfayette.com,  
           donaldquigley.dq@gmail.com  
                                                                                                                           TOTAL: 3