Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  16−27627−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Narissa Downey
   200 Passaic Street
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−7041

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2017
JAN: bwj

                                                        Jeanne Naughton
                                                        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-27627-CMG
Narissa Downey                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Oct 11, 2017
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db             +Narissa Downey,   200 Passaic Street,   Trenton, NJ 08618-4609
516391559      +Cenlar FSB,   425 Phillips Avenue,   Trenton, NJ 08618-1430
516391561      +Kristina G. Murtha, Esquire,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
516684830      +New Jersey Housing and Mortgage Finance Agency,   Cenlar FSB,   425 Phillips BLVD,
                 Ewing, NJ 08618-1430
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2017 21:25:51      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2017 21:25:50      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516408259       EDI: AIS.COM Oct 11 2017 21:23:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK   73124-8848
516399631       EDI: AIS.COM Oct 11 2017 21:23:00      American InfoSource LP as agent for,   Spot Loan,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
516391555      +EDI: AIS.COM Oct 11 2017 21:23:00      American InfoSource LP as agent for,
                 Midland Funding LLC,   P.O. Box 268941,   Oklahoma City, OK 73126-8941
516450612      +EDI: ATLASACQU.COM Oct 11 2017 21:23:00      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
516391556      +EDI: ATLASACQU.COM Oct 11 2017 21:23:00      Atlas Aquisitions,   294 Union Street,
                 Hackensack, NJ 07601-4303
516391557      +EDI: CAPITALONE.COM Oct 11 2017 21:23:00      Capital One Bank,   PO Box 85147,
                 Richmond, VA 23276-0001
516439704       EDI: CAPITALONE.COM Oct 11 2017 21:23:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC   28272-1083
516391558      +E-mail/Text: bankruptcy@cavps.com Oct 11 2017 21:25:53      Cavalry SPV I LLC,
                 500 Summit Lake Drive,   400,   Valhalla, NY 10595-1340
516391560       EDI: JEFFERSONCAP.COM Oct 11 2017 21:23:00      Jefferson Capital Systems,   16 McLeland Road,
                 Saint Cloud, MN 56303
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald   Quigley    on behalf of Debtor Narissa   Downey lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              Kevin C. Fayette    on behalf of Debtor Narissa   Downey lawoffices@quigleyfayette.com
                                                                                              TOTAL: 4
```